

# NUMBER 13-18-00181-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROMUALDO GARCIA
AND ANDREA GARCIA,**                                    **Appellants,**

**v.**

**MADISON'S A/K/A MADISON'S
ON DOWLEN AND MADISON'S
RESTAURANTS, LP,**                                         **Appellees.**

---

**On appeal from the 136th District Court
of Jefferson County, Texas.**

---

# ORDER TO FILE APPELLANTS' BRIEF

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Order Per Curiam

This cause is before the Court on appellants' third motion for extension of time to file the brief.[1]   Appellants' brief was originally due to be filed on May 18, 2018, and this

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* Tex. Gov't Code Ann. § 73.001 (West, Westlaw through 2017 1st C.S.).

Court has previously granted appellants two extensions for the filing of appellants' brief in this cause. Appellants have now filed a third motion requesting additional time to file the appellate brief in this cause.

The Court, having fully examined and considered appellants' third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellants' third motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellants' third motion for extension of time to file the brief is hereby GRANTED, and the Honorable Gabi S. Canales, counsel for appellants, is hereby ORDERED to file the appellate brief with this Court on or before December 17, 2018. No further extensions will be granted in this matter absent exigent circumstances.

PER CURIAM

Delivered and filed the
13th day of November, 2018.

2